### FAY and others *v.* ALLEN.

*(Circuit Court, N. D. New York.   October 15, 1885 )*

PATENTS FOR INVENTIONS—INFRINGEMENT—DOANE AND BUGBEE PATENT.
   On rehearing, former opinion, 24 Fed. Rep. 804, adhered to.

In Equity.
*Parkinson & Parkinson*, for plaintiff.
*Duell & Hey*, for defendant.

BLATCHFORD, Justice.   I have considered the argument made in support of the petition for a rehearing in this case in respect to the Doane and Bugbee patent, (24 Fed. Rep. 804,) and the result is that I am confirmed in the conclusions at which I arrived; and a decree will be entered in conformity with those conclusions.